RANDY S. GROSSMAN
United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California Bar No. 112520
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Email: Melanie.Pierson@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUMMER WANG,<br><br>    Defendant. | Case No. 23cr930-RSH<br><br>**GOVERNMENT'S STATUS REPORT RE: DISCOVERY** |

    Defendant Wang is charged in a five-count Indictment with one count of Conspiracy, and four substantive counts involving the sale of the dried swim bladders of the *Totoaba macdonaldi*, a fish protected under the Endangered Species Act and the Convention on International Trade in Endangered Species.

    On May 26, 2023, the government provided 3.52 gigabytes of discovery to the defendant via USAFX. The files include video and audio recordings of the defendant during the transactions at issue, translations, and summaries of the conversations therein, photographs of the wildlife and cash involved in the transactions, financial records obtained during the investigation, the defendant's Fish and Wildlife import/export license, the reports of the case agents related to the transactions, and her border crossing records.

    In the course of the investigation, approximately four and a half hours of audio/video recorded conversations took place in the Mandarin language.  The United States has provided summaries of these conversations to the defense, as well as copies of screenshots

of telephone chats. The United States is in the process of obtaining certified transcripts of translations of these conversations in English. It is estimated that it will take approximately 90 days to complete the transcription. Additionally, the *Totoaba macdonaldi* swim bladders have been submitted to the Fish and Wildlife national forensic laboratory for DNA analysis. The chief scientist at this small laboratory, who had handled these matters for over 20 years, just recently retired. It is anticipated, given the other pending cases in the laboratory, that it will take approximately 45 days to obtain the analytical reports from the laboratory. Finally, at the time of her arrest, the defendant had three cellular phones in her possession. The United States has obtained warrants to search the phones. The phones have been sent to the Fish and Wildlife digital forensics laboratory. Due to a backlog at the laboratory, it is estimated that it will take approximately 90 days to obtain the data from the phones, assuming that they can all be unlocked in the next 30 days.

DATED: June 6, 2023

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/MELANIE K. PIERSON
Assistant United States Attorney